Alberto E. Lugo-Janer, Esq.
201 East Pine Street, Suite 445
Orlando, FL 32801
Tel 407-647-7887
Fax 407-647-5396
alugo-janer@cplspa.com
lugojaner@earthlink.net
Counsel for Plaintiff

2010 SEP -1  A II: 13

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY_____DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## SOUTHERN DIVISION
## LAS VEGAS, NEVADA

| | |
|---|---|
| STARLITE FUNDING, INC., | ) |
| | ) 2:10-cv-01376-PMP-PAL |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| USA GLOBAL HOLDINGS BUSINESS TRUST, | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COMES NOW PLAINTIFF**, by and through its undersigned counsel, and gives notice of the voluntary dismissal of this action, without prejudice.

Dated: August 27, 2010

_[signature]_
Alberto E. Lugo-Janer, Esq.
alugo-janer@cplspa.com
lugojaner@earthlink.net
Counsel for Plaintiff
**CPLS, P.A.**
Attorneys & Counselors at Law
201 East Pine Street, Suite 445
Orlando, FL 32801
Tel 407-647-7887
Fax 407-647-5396
www.cplspa.com
CPLS File No. 1196-1

IT IS SO ORDERED.

_[signature]_
PHILIP M. PRO, U.S. DISTRICT JUDGE

Dated: September 2, 2010.